UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


**VIRGINIA E. PELLOW,**

    Plaintiff,

                                                    Civil No. **09-11587**
                                                  Hon. John Feikens

    v.

**MICHAEL J. ASTRUE, Commissioner of
Social Security**

    Defendant.

_____/


**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**


      The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on

**3/31/2010**, and noted that no objections were filed by either party,

      **IT IS ORDERED** that the Report is adopted and entered as the findings and conclusions

of this court.


                                                            **s/John Feikens**
                                                             John Feikens
                                                             United States District Judge

Dated:  April 21, 2010

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on April 21, 2010.
>
> s/Carol Cohron
> Deputy Clerk